ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHARLES F. BISESTO (CABN 271353)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6405
    FAX: (415) 436-7234
    Charles.Bisesto@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAIR RAMIREZ-CASTILLO and CHRISTIAN GRAJEDA-VARELA, <br><br> Defendants. | NO. CR 23-239 HSG <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM JANUARY 31, 2024 THROUGH FEBRUARY 28, 2024 AND ORDER |

This matter was last heard in District Court on November 29, 2023. *See* Dkt. 38. At that time, all parties agreed to continue the case to January 10, 2024 in order to complete and review the discovery in this case. The matter was subsequently moved, by clerk's notice, to January 17, 2024 (*see* Dkt. 39) and then to January 31, 2024 through a stipulation and order (*see* Dkts. 40 and 42).

Since the November 29, 2023 date, the parties have worked diligently to complete the discovery in this case, which includes the dissemination of a large amount of audio recordings and text messages as a result of a wiretap investigation. Specifically, there are over 2,000 files containing audio or text message communications that helped form the basis of the indictment in this case. Additionally, there

1  were close to 40 search warrant applications that were part of the investigation that have been disclosed
2  to the defense for review.  Because of the volume of this discovery, the defense needs time to review
3  these items with their clients and discuss next steps with government counsel.

4        Because of the need for more time, the parties do not believe the set January 31, 2024
5  appearance before the Court will be fruitful.  Rather, the parties are requesting a brief continuance to
6  finalize the review of the discovery, confirm there are no remaining outstanding items and discuss the
7  next steps.  The parties have conferred and agree that February 28, 2024 is a date that works for all
8  parties for a further status conference.

9        For the above noted reasons, the parties now stipulate and agree that the matter should be
10 continued to February 28, 2024 at 2:00 p.m.  The parties further stipulate and agree that excluding time
11 until the February 28, 2024 status hearing will allow for the effective preparation of counsel.  *See* 18
12 U.S.C. § 3161(h)(7)(B)(iv).  Finally, the parties stipulate and agree that the ends of justice served by
13 excluding the time from January 31, 2024 through February 28, 2024 from computation under the
14 Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.
15 § 3161(h)(7)(A), (B)(iv).

16       The undersigned Assistant United States Attorney certifies that he has obtained approval from
17 counsel for the defendant to file this stipulation and proposed order.

19       IT IS SO STIPULATED.

21 DATED: January 29, 2024                                 /s/
                                                          CHARLES F. BISESTO
22                                                        Assistant United States Attorney

24 DATED: January 29, 2024                                 /s/
                                                          SHAWN HALBERT
25                                                        Counsel for Defendant RAMIREZ-CASTILLO

27 DATED: January 29, 2024                                 /s/
                                                          JOANNA SHERIDAN
                                                          Counsel for Defendant GRAJEDA-VARELA

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the status hearing in this matter to February 28, 2024. The Court finds that failing to exclude the time from January 31, 2024 through February 28, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 31, 2024 through February 28, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the matter be continued to February 28, 2024 at 2:00 p.m. It is further ORDERED that the time from January 31, 2024 through February 28, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 1/30/2024

HAYWOOD S. GILLIAM JR.
United States District Judge