SHAWN HALBERT (CA SBN 179023)
Law Offices of Shawn Halbert
214 Duboce Avenue
San Francisco, CA 94103
Telephone: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

*Attorney for Defendant*
JAIR RAMIREZ-CASTILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>         v.<br><br>JAIR RAMIREZ-CASTILLO, CHRISTIAN GRAJEDA-VARELA,<br><br>Defendants. | **Case No.:** CR 4:23–00239 HSG<br><br>STIPULATION AND ORDER TO ADVANCE COURT APPEARANCE FROM JUNE 12, 2024 TO JUNE 26, 2024, EXCLUSION OF TIME, ORDER (as modified) |

1. The above case is set for an appearance before this Court on June 12, 2024.

2. Defense counsel is requesting that the matter be continued to June 26, 2024. The parties are continuing to negotiate a disposition in this case. The government has no objection to this request.

3. The parties further stipulate and agree that the time from June 12, 2024 through June 26, 2024 should be excluded under the Speedy Trial Act to allow for effective preparation of and continuity of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).  The parties further stipulate and agree that the ends of justice served by this exclusion of time from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of this case. *See id.*

STIP. & PROPOSED ORDER
CR 4:23-CR-0239 HSG

4. Ms. Halbert certifies that she has obtained approval from counsel for the United Charles Bisesto, to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 11, 2024    */s/ Shawn Halbert*_____
                        SHAWN HALBERT
                        Attorney for Defendant Jair Ramirez-Castillo


DATED: June 11, 2024    ISMAIL J. RAMSEY
                        United States Attorney
                        */s/ with permission* _____
                        Assistant United States Attorney Charles Bisesto

STIP. & PROPOSED ORDER
CR 4:23-CR-0239 HSG

## ORDER

Based upon the representations of counsel and for good cause shown, IT IS HEREBY ORDERED that the appearance in this matter should be advanced from June 12, 2024 to June 26, 2024 at 2:00 p.m. for trial setting or change of plea.

The Court further finds that that failing to exclude the time from June 12, 2024 through June 26, 2024 would unreasonably deny defense counsel and defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, *see* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv), and further finds that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial, *see* § 3161(h)(7)(A), and therefor ORDERS that such time be excluded.

**IT IS SO ORDERED** this 11th day of June, 2024.

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

-1-

**ORDER**
**CR 4:23-CR-0239 HSG**